**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| FAISSAL FENAOUI,<br><br>Plaintiff,<br><br>v.<br><br>AMRIS HEATON,<br>Director, Washington DC Field Office, U.S. Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 1:25cv154 (CMH/WBP) |

**ORDER**

This matter comes before the Court on the parties' joint motion to remand. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the parties' motion is GRANTED; and it is further

ORDERED that Plaintiff Fenaoui's N-400, Application for Naturalization, is REMANDED to United States Citizenship and Immigration Services ("USCIS") for further proceedings; it is further

ORDERED that USCIS shall render a decision on Plaintiff Fenaoui's N-400, Application for Naturalization, within forty-five (45) days from the date of this Order; and it is further

ORDERED that all parties shall bear their own litigation costs and attorney's fees.

Dated: February 10, 2025

Claude M. Hilton
UNITED STATES DISTRICT JUDGE